Aaron A. Rivera Reg# 15621-380
**Name and Prisoner/Booking Number**

Victorville Medium #2
**Place of Confinement**

Federal Correctional Institution, P.O. Box 3850
**Mailing Address**

Adelanto, California. 92301
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ☐ LODGED
✓ RECEIVED ☐ COPY

JAN 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Aaron Andrew Rivera
(Full Name of Plaintiff)
Plaintiff,

vs.

(1) Federal Bureau of Prisons
(Full Name of Defendant)
(2) Unit Manager Rodriguez
(3) S.I.S. Lieutenant Marlow
(4) S.I.S. Officer Contreras
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CV 18-0053 TUC FRZ PSOT

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

"JURY TRIAL DEMANDED"
"CIVIL RIGHTS COMPLAINT BY A PRISONER"

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Federal Correctional Institution, Tucson. Tucson, Arizona

Revised 5/1/2013                                        1                                        **550/555**

## B. DEFENDANTS

*(defendants all denied giving first name)*

1. Name of first Defendant: **Mrs. Rodriguez**. The first Defendant is employed as: **Unit Manager** at **F.C.I. Tucson**.
   (Position and Title)   (Institution)

2. Name of second Defendant: **S.I.S. Lt. Marlow**. The second Defendant is employed as: **Special Investigation (SIS) LT.** at **Tucson, F.C.I.**
   (Position and Title)   (Institution)

3. Name of third Defendant: **S.I.S. Officer Contreras**. The third Defendant is employed as: **Investigation Officer** at **F.C.I., Tucson**.
   (Position and Title)   (Institution)

4. Name of fourth Defendant: **Federal Bureau of Prison**. The fourth Defendant is employed as: **F.B.O.P.** at **F.B.O.P.**
   (Position and Title)   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Discrimination due to Sexual Orientation, and being treated in a Humane Manner</u>.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - Unit Manager Rodriguez - denied assistance to me when reported to her I was being discriminated against as well as sexually harrassed in the unit and on the compound. Then reported to an "Inmate" that I was snitching to which cause me to be physically assaulted by 3 seperate Inmates at 2 seperate times.
   - S.I.S. LT. Marlow - Told me to my face he did not believe my story and also did not conduct any investigation towards my attack. Then told me he would only send me to a "good" compound if I gave up information on inmates. Then sent me to an "Active" federal prison, that has political rules against individuals of my lifestyle. Clearly not taking my safety serious at all.
   - S.I.S. Contreras - Did the same actions as S.I.S. LT. Marlow but also lied to me about where he was sending me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I was attacked by 3 separate inmates due to information divulged to an inmate by B.O.P. Staff member Unit manager Rodriguez. Head Trauma, Knee Injury, and back injury sustained as well as P.T.S.D. Mental Health Trauma.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Filed all Administrative Remedies, BP-11 final reply was denied to Allegation of illegible document "provided".

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: __Discrimination__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. S.T.S. Supervisor Luitenant Marlow attempted to endanger my life and safety by after telling him I am an ex-gang member, he told me that I would be going to a "drop-out" yard but instead had me sent to an "active" gang member yard, clearly placing me in immediate danger.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Mentally injured by having my anxiety and paranoia sky rocket and there for being placed on care 2 status in the Mental Health Dept.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: An investigation into F.B.O.P. Staff members that will entail Rigerous and extensive overseeing of actual treatment to "Homosexual" and "disabled" inmates, as well as the Safety of Inmates since the Staff at FCC Tucson clearly avoids the Rules and Rights including regulations of B.O.P. Policy. — Also, to receive a substancial amount of money for the pain and suffering and mental anguish I endured and still am enduring. $1.5 million for all Rights violated, as well as discrimination, character defermation, and mental and physical pain endured seems a reasonable amount. Thank you.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-31-2017 [signature]
DATE SIGNATURE OF PLAINTIFF

ADAM GUZMAN #34740380 [signature]
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.