CASE #: CV-18-00053-TUC-FRZ(PSOT)

February 5, 2018

To: U.S. District Court Clerk's Office
From: Aaron A. Rivera
RE: Change of Address Notice

To Whom this may Concern, I, Aaron A. Rivera, #15621-380 am writing this letter to your office in regards to a change in my address.

I am currently incarcerated at F.C.I. Victorville Medium #2 yard, but I am scheduled to be released to a halfway house in Lubbock Texas on the 14th of this month, 2-14-2018, and therefore would like to inform your office of a new address that all my current mail, as well as any legal mail will be forwarded to.

The address is: Aaron Rivera
2323 77th Street
Lubbock, Texas. 79423

This address is in fact my parents address and therefore will be given to me immediately upon arrival. Thank you for your time in reviewing this notice.

Sincerly,
Aaron A. Rivera

NAME: Aaron Rivera
REG #: 15627-380
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

FEB 12

SAN BERNARDINO CA 923
05 FEB 2018 PM 4 L

United States District Court Clerk.
405 W. Congress Street Suite 1500
Tucson, Arizona
85701-5010

8570135098 C005