THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv 5.5
(Rule Number/Section)

\

**IN THE UNITED STATES DISTRICT COURT**
**FORE THE DISTRICT OF ARIZONA**

**Aaron A. Rivera,**

**Plaintiff,**

**Federal Bureau of Prisons, et al.,**

**Defendants**

**No. 4:18 CV 18-00053-TUC-FRZ**

FILED
LODGED
RECEIVED
COPY
JUN 13 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY
DEPUTY

## MOTION TO VACATE COURT'S ORDER FILED MAY 11, 2018

The Plaintiff, Aaron A. Rivera, respectfully requests that the Court vacate the Order that the Court filed in this case on May 11, 2018 (hereinafter "the Order"). (See Attachment 1, Order No. CV-18-00053-TUC-FRZ). This Order should be vacated because it is based on a material factual mistake and error; and as a result, there is no factual or legal basis for the May 11, 2018 Order.

The May 11, 2018 Order correctly states that the Plaintiff:

1. While he was a federal prisoner, filed a pro se civil rights Complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics* (Case Number 4:18-CV-00053-FRZ-PSOT);
2. Filed an Application to Proceed In Forma Pauperis based on the fact that he was a federal prisoner (hereinafter "the Application"); and
3. Filed a Notice of Change of Address, on February 26, 2017, indicating he was no longer in federal prison and he was now residing in a halfway house in Lubbock, Texas.[1] (See May 11, 2018 Order, pg. 1).

[1] The May 1, 2018 Order states that the Notice of Change of Address was filed on February 26, 2017. This date is in error and was probably the result of a

Based on the February 26, 2018 Notice of Change of Address, the May 11, 2018 Order erroneously concluded that the Plaintiff was no longer a federal prisoner and that;

1. After the Plaintiff filed his Application to Proceed In Forma Pauperis for use by prisoners, he was released for federal prison;
2. Since he was no longer a federal prisoner on February 26, 2018 [or on the date of the Order], the Court denied as moot the Plaintiff's Application to Proceed In Forma Pauperis used by prisoners; and
3. The Plaintiff must either pay the $350 filing fee and $50 administrative fee or file a <u>non</u>-prisoner Application to Proceed in District Court Without Prepaying Fees or Costs. (See the Order pg. 1 and 2)

Federal Bureau of Prisons records establish and the Plaintiff would testify under oath that:

1. The Plaintiff was released from federal prison on February 14, 2018 and was transferred to a halfway house in Lubbock, TX;
2. Shortly thereafter, the Plaintiff was found to be in violation of his probation and of Rules for the halfway house and the Plaintiff was transferred back to the federal prison system on March 13, 2018.
3. Since March 13, 2018 to the present, the Plaintiff has been a federal prisoner at a number of federal prisons (e.g.; the Oklahoma Federal Transfer Center. Victorville, Terry County Law Enforcement Center (Brownsville, TX) and Beaumont, Texas Medium FCI;
4. On May 11, 2018, the date the Court filed the Order, the Plaintiff was a federal; prisoner at the federal facility in Brownsville, TX'; and
5. The Plaintiff's projected Release Date from federal prison is August 3, 2018 (See Federal Bureau of Prisons records at Attachments 1 and 2).

---

typographical error. On February 26, 2017, the Plaintiff was still in federal prison. The Notice of Change of Address was actually filed on February 26, 2018 (not 2017), when the Plaintiff was residing in a halfway house in Lubbock.

Based on the February 26, 2018 Notice of Change of Address, the Court erroneously concluded that the Plaintiff was not a federal prisoner between February 26, 2018 and May 11, 2018 and, therefore, he was not eligible for the Application To Proceed In Forma Pauperis used by prisoners. When the Court filed the May 11, 2018 Order, it was **not** aware that:

1. The Plaintiff became a federal prisoner again on March 12, 2018;
2. The Plaintiff has been a federal prisoner from March 12, 2018 to the present; and
3. The Plaintiff was a federal prisoner at the Brownsville federal prison, on May11, 2018; the date the Court filed the Order.

In summary, the sole basis of the May 11, 2018 Order was the finding that the Plaintiff was no longer a federal prisoner and, therefore he was no longer eligible too have the Court approve his Application To Proceed In Forma Pauperis. Since the factual basis for the Order was inaccurate and false, and in fact, the Plaintiff was a federal prisoner on May 11, 2018 (the date of the Order) and the Plaintiff was eligible to file the Application and the Court should have that Application.

As demonstrated above, there is no factual, legal or other basis or rationale for the May 11, 2018 Order, and the Plaintiff respectfully requests that this Order be vacated and the Court approve the Plaintiff's Application To Proceed In Forma Pauperis used by prisoners.

The Plaintiff's current mailing address is:

Aaron A. Rivera
Reg. No. 15621-380
Beaumont Medium FCI
P.O. Box 26035
Beaumont, TX 77720

Submitted by:

Paul K Mancini

Paul K. Mancini, Esq.
Pro Bono Attorney for Plaintiff

June 6, 2018

Date Signed

15102 Oak Loft St
San Antonio, TX 78232
Cell No. 210-508-1196
Member of Bars:

Texas Bar Number: 788931
Washington, DC Bar Number: 424337

ASH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Aaron A. Rivera,
Plaintiff,

v.

Federal Bureau of Prisons, et al.,
Defendants.

No. CV 18-00053-TUC-FRZ

**ORDER**

Plaintiff Aaron A. Rivera, who was formerly confined in the Federal Correctional Institution in Adelanto, California, has filed a pro se civil rights Complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and an Application to Proceed In Forma Pauperis (Doc. 4). In seeking leave to proceed in forma pauperis, Plaintiff used the court-approved Application to Proceed In Forma Pauperis for use by prisoners. On February 26, 2017, Plaintiff filed a Notice of Change of Address (Doc. 7) indicating he is no longer in custody.[1]

Because Plaintiff has been released since he filed his prisoner Application to Proceed In Forma Pauperis, the Court will deny as moot the Application to Proceed and will grant Plaintiff leave to file a non-prisoner application to proceed in forma pauperis. Because Plaintiff is no longer a prisoner, to be granted leave to proceed in forma pauperis, he only needs to satisfy the indigency requirements for a non-prisoner and, if he qualifies, he will not be required to pay the filing fees that he would have been required to

[1] Petitioner indicates that he now resides in a halfway house in Lubbock, Texas.

pay as a prisoner.[2] Plaintiff will be given 30 days from the date this Order is filed to either pay the $350.00 filing fee and the $50.00 administrative fee or file a non-prisoner Application to Proceed in District Court Without Prepaying Fees or Costs using the form included with this Order.

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's Application to Proceed In Forma Pauperis (Doc. 4) is denied as moot.

(2) Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee and $50.00 administrative fee or file a file a non-prisoner Application to Proceed in District Court Without Prepaying Fees or Costs.

(3) If Plaintiff fails to either pay the $350.00 filing fee and $50.00 administrative fee or file a non-prisoner Application to Proceed in District Court Without Prepaying Fees or Costs within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff and deny any pending unrelated motions as moot.

[2] Pursuant to 28 U.S.C. § 1915(h) [illegible]

(4) The Clerk of Court must mail Plaintiff a court-approved non-prisoner Application to Proceed in District Court Without Prepaying Fees or Costs form.

Dated this 11th day of May, 2018.

Honorable Frank R. Zapata
Senior United States District Judge

MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain Bcc: Message-Id:<17643588@azd.uscourts.gov>Subject:Activity in Case 4:18-cv-00053-FRZ-PSOT Rivera v. Federal Bureau of Prisons et al Order on Motion for Application for Leave to Proceed In Forma Pauperis Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**DISTRICT OF ARIZONA**

**Notice of Electronic Filing**

The following transaction was entered on 5/11/2018 at 1:16 PM MST and filed on 5/11/2018

**Case Name:** Rivera v. Federal Bureau of Prisons et al

**Case Number:** 4:18-cv-00053-FRZ-PSOT

**Filer:**

**Document Number:** 9

**Docket Text:**
[illegible] Application to Proceed In Forma Pauperis (Doc. 1[illegible]) is denied as moot.
ORDER that [illegible] must either pay the [illegible] filing fee and
Within 30 days of the date this Order is filed, Plaintiff [illegible] Application to Proceed in District Court
$50.00 administrative fee or file a non-prisoner [illegible] fails to either pay the $350.00 filing fee and $50.00
Without Prepaying Fees or Costs. If Plaintiff [illegible] Application to Proceed in District Court Without
administrative fee or file a non-prisoner [illegible]
Prepaying Fees or Costs within 30 days, the Clerk of Court must enter a judgment of dismissal of
this action without prejudice and without further notice to Plaintiff and deny any pending unrelated
motions as moot. Signed by Senior Judge [illegible] on 5/11/2018. (MFR)

4:18-cv-00053-FRZ-PSOT Notice has been electronically mailed to: [illegible] listed below if they are
[illegible]

ATTACHMENT 2

A-Z Topics Site Map FOIA

Search bop.gov

Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

Find By Number | **Find By Name**

First: Aaron
Middle:
Last: Rivera
Race:
Age:
Sex:

**4 Results for search Aaron Rivera**

Clear Form | Search

| Name | Register # | Age | Race | Sex | Release Date | Location |
|---|---|---|---|---|---|---|
| AARON RIVERA | 00265-122 | 48 | White | Male | 08/16/2013 | RELEASED |
| AARON RIVERA | 15621-380 | 38 | Black | Male | 08/03/2018 | Beaumont Medium FCI |
| AARON ANTONIO RIVERA | 17531-179 | 48 | White | Male | 10/19/2007 | RELEASED |
| AARON LUIS RIVERA | 33302-057 | 24 | Black | Male | 02/03/2023 | Yazoo City Medium FCI |

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

ATTACHMENT 3

A-Z Topics Site Map FOIA

Search bop.gov

Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number** | **Find By Name**

Type of Number: **BOP Register Number**

Number: **15621-380**

Search

Result using number **15621-380**

Clear Form

## AARON RIVERA

**Register Number: 15621-380**

**Age:** 38
**Race:** Black
**Sex:** Male

**Located at:** Beaumont Medium FCI

**Release Date: 08/03/2018**

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government