To: United States District Clerk,
Tucson, Arizona.
From: Aaron A. Rivera
RE: Case # 4:18CV18-00053-TUC-FRZ

FILED _____ LODGED _____
RECEIVED _____ COPY
JUL 30 2018
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To Whom it may Concern, I, Aaron Andrew Rivera am writing your office to inquire about my case which I thought was still pending in your district. There was alot of confusion because of a "In Forma Pauperis" document that was filled out and sent to your office while I was incarcerated at Victorville Federal Correctional Institution in February 2018. I was released to a half-way house in Lubbock, TX on Feb. 4, of 2018, but still a inmate status under the Custody of the Federal Bureau of Prisons. I was placed back in Jail on March 13th of 2018 and am still in Custody to the present. I fully qualified for the "In Forma Pauperis" when I submitted it and still do according to my attorney Paul Mancini. My attorney sent a MOTION TO VACATE ORDER to your office on 6/8/2018 by Fed Ex, which arrived on that date at 10:12 a.m. Till This Day I have not received a Response to ME or my ATTORNEY. Can you please respond to me if I provide you a current address? I am at Beaumont Federal Correctional Institution at the Present, which means my current address is:  Aaron Rivera
REG# 15621-380
Beaumont Medium F.C.I.
P.O. Box 26035
Beaumont, Texas. 77720

Eaton Curtis #15621-380
Beaumont Medium F.C.I.
P.O. Box 26035
Beaumont, Texas. 77720-6040

"LEGAL MAIL"

JUL 30 2018

United States District Clerks Office
405 West Congress Street, Suite W500
Tucson, Arizona
85701

NORTH HOUSTON TX 773
25 JUL 2018 PM 8 L

85701-500099